[No. 13031–9–II.   Division Two.   February 25, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. LARRY
ALLEN DEFRATES, *Appellant.*

Appeal from a judgment of the Superior Court for Mason County, No. 89–1–00075–0, James B. Sawyer II, J., entered June 7, 1989. *Vacated* and *remanded* by unpublished opinion per Petrich, J., concurred in by Worswick, C.J., and Morgan, J.

[No. 12656–7–II.   Division Two.   February 25, 1991.]

BRIAN J. BRENTWOOD, *Appellant,* v. CAROLYN S.
FREDERICKSON, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–2–00511–0, Thomas L. Lodge, J., entered January 25, 1989. *Reversed* by unpublished opinion per Petrich, A.C.J., concurred in by Alexander and Morgan, JJ.

[No. 11665–1–II.   Division Two.   February 25, 1991.]

ROBERT J. KNUTSEN, *Respondent,* v. ERNST HOME
CENTERS, INC., ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–2–03181–8, Rosanne Buckner, J., entered December 18, 1987. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, A.C.J., and Reed, J. Pro Tem.